**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

**IN RE:**                                                      **CASE NO.: 24-22743**
                                                                               **CHAPTER 7**

**Richard A. Matscherz,**
   **Debtor.**

**Ann S. Matscherz,**
   **Joint Debtor.**

_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of Towd Point Mortgage Trust 2019-4, U.S. Bank National Association, as Indenture Trustee ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Robert Shearer, ESQ.**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                                   Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                   Attorney for Secured Creditor
                                                   130 Clinton Rd #202
                                                   Fairfield, NJ 07004
                                                   Telephone: 470-321-7112
                                                   Facsimile: 404-393-1425

                                                   By: _/s/Robert Shearer_
                                                      Robert Shearer, Esquire
                                                      Pennsylvania Bar No. 83745
                                                      Email: rshearer@raslg.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 14, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

RICHARD A. MATSCHERZ
PO BOX 776
NORTH APOLLO, PA 15673

ANN S. MATSCHERZ
PO BOX 776
NORTH APOLLO, PA 15673

And via electronic mail to:

GINO F. PELUSO
ONE PELUSO PLACE - SUITE A
2692 LEECHBURG ROAD
LOWER BURRELL, PA 15068

GINO F. PELUSO
ONE PELUSO PLACE - SUITE A
2692 LEECHBURG ROAD
LOWER BURRELL, PA 15068

LISA M. SWOPE, CHAPTER 7 TRUSTEE
NEUGEBAUER & SWOPE, P.C.
219 SOUTH CENTER STREET
P. O. BOX 270
EBENSBURG, PA 15931

OFFICE OF THE UNITED STATES TRUSTEE
1000 LIBERTY AVENUE
SUITE 1316
PITTSBURGH, PA 15222

By: /s/Amber Matas