IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 24-22743-CMB |
| Richard A. Matscherz & Ann S. Matscherz | : | |
| | : | Chapter 7 |
| Debtors | : | |
| Richard A. Matscherz & Ann S. Matscherz | : | |
| | : | Related to Document No. |
| Movant | : | |
| | : | |
| v. | : | Hearing Date and Time: |
| None | | |

## CERTIFICATE OF SERVICE OF NOTICE OF ORDER OF COURT DATED JANUARY 3, 2025, AMENDMENT TO CHAPTER 7 BANKRUPTCY PETITION AND NOTICE OF FIRST MEETING OF CREDITORS

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on January 6, 2025.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: Electronic Notification and First Class Mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: January 6, 2025

By:   /s/Gino F. Peluso, Esq.
         Signature

Gino F. Peluso, Esq.
Attorney for the Debtor

One Peluso Place – Suite A
2692 Leechburg Road
Lower Burrell, PA 15068

PA ID No.: 33740

**PAWB Local Form 7 (07/13)**

**Service by NEF:**

Office of the United States Trustee
Liberty Center – Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222

Lisa M. Swope, Esq.
Chapter 7 Trustee
PO Box 270
Ebensburg, PA 15931

**Service by First Class Mail:**

Lakeview
PO Box 37628
Philadelphia PA 19101