IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: Richard A. Matscherz,
    Ann S. Matscherz,

              :   Bankruptcy No. 24-22743-CMB
              :
      Debtor(s)      :   Chapter 7

Towd Point Mortgage Trust 2019-4, U.S. Bank
National Association, as Indenture Trustee,
              :
  Movant          :   Document No. 22
              :
  v.            :   Hearing Date: March 11, 2025
                Hearing Time: 1:30p.m.
                Hearing Location: Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

Richard A. Matscherz,
Ann Matscherz,

Lisa M. Swope- Trustee,
              :
  Respondent(s)      :

**CERTIFICATION OF NO OBJECTION REGARDING**
**(Motion for Relief from Stay Doc. 22)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on January 13, 2025 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than February 10, 2025.

It is hereby respectfully requested that the Order attached to the [Application/Motion] be entered by the Court.

Dated: 3/10/2025       By: /s/ Robert Shearer_____
                 Signature
                 Robert Shearer_____
                 Name of Filer - Typed
                 13010 Morris Rd., Suite 450
                 Alpharetta, GA 30004
                 Address of Filer
                 rshearer@raslg.com_____
                 Email Address of Filer
                 470-321-7112_____

Phone Number of Filer
83745_____
Bar I.D. and State of Admission