# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| | CASE NO.: 24-22743-CMB |
| Richard A. Matscherz, | |
| Ann Matscherz, | |
| | Related to Doc. No. 27 |
| Debtor, | |
| _____/ | |
| | |
| TOWD POINT MORTGAGE TRUST 2019-4, U.S. | |
| BANK NATIONAL ASSOCIATION, AS | |
| INDENTURE TRUSTEE, | |
| | |
| Movant, | |
| | |
| v. | |
| | |
| Richard A. Matscherz, | |
| Ann Matscherz, | |
| | |
| Lisa M. Swope- Trustee, | **ENTERED BY DEFAULT** |
| | |
| Respondents. | |
| _____/ | |

**ORDER OF COURT**

AND NOW, this 10th day of March, 2025, upon consideration of Towd Point Mortgage Trust 2019-4, U.S. Bank National Association, as Indenture Trustee's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Towd Point Mortgage Trust 2019-4, U.S. Bank National Association, as Indenture Trustee; and it is further

ORDERED, that Towd Point Mortgage Trust 2019-4, U.S. Bank National Association, as Indenture Trustee, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 5812 MEADE ST MCKEESPORT Pennsylvania 15135, including without limitation a sheriff's sale of the property.

FILED
3/10/25 12:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT

*Carlota M. Böhm*    dmr
Hon. Carlota M Bohm
U.S. Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 24-22743-CMB
Richard A. Matscherz Chapter 7
Ann S. Matscherz
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: Mar 10, 2025     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard A. Matscherz, PO Box 776, North Apollo, PA 15673-0776 |
| jdb | + | Ann S. Matscherz, PO Box 776, North Apollo, PA 15673-0776 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 12, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2025 at the address(es) listed below:

**Name**     **Email Address**

Brent J. Lemon
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com

Gino F. Peluso
    on behalf of Debtor Richard A. Matscherz gp@attorneypeluso.com  pelusolaw@comcast.net

Gino F. Peluso
    on behalf of Joint Debtor Ann S. Matscherz gp@attorneypeluso.com  pelusolaw@comcast.net

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lisa M. Swope, Chapter 7 Trustee

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Mar 10, 2025 | Form ID: pdf900 | Total Noticed: 2

lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
    on behalf of Creditor Towd Point Mortgage Trust 2019-4 rshearer@raslg.com

TOTAL: 7